■ In the Matter of STACEY WYNN MOREY, Appellant, v SONJA ANKE FRANKLIN, Respondent. In the Matter of SONJA ANKE FRANKLIN, Respondent, v STACEY WYNN MOREY, Appellant. [42 NYS3d 898]—Appeal from an order of the Family Court, Chautauqua County (Michael F. Griffith, J.), entered September 2, 2015 in proceedings pursuant to Family Court Act article 6. The order, among other things, awarded the parties joint custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.